# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:** CV-06-6213-R                              Date: **Feb. 26, 2007**

**TITLE:** SHIRLEY WALDBUESSER et al etc V. NORTHRUP GRUMANN CORP et al
===================================================================
**PRESENT:**

HON. MANUEL L. REAL, JUDGE

**William Horrell**                                     **Walter Ledge**
Deputy Clerk                                            Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**

Jerry Schlichter                              Nancy Ross
Elizabeth Hubertz                             William Black
William White

**PROCEEDINGS:** 1) Defendant's motion to dismiss, or to strike portions of plaintiff's complaint
2) Plaintiffs' motion for class certification

The Court hears arguments of counsel.

The Court GRANTS defendant's motion to dismiss, with 20 days leave to file an amended complaint. The Court GRANTS defendant's motion to strike the jury demand, and the matter shall proceed as a court trial.

Plaintiff's motion for class certification has been rendered moot by the granting of the motion to dismiss.

Defendant shall submit a proposed order.

DOCKETED ON CM
FEB 2 8 2007
BY _____ 145

5 min

**MINUTES FORM 90**                                     Initials of Deputy Clerk  WH
**CIVIL -- GEN**