Nancy G. Ross (*Pro Hac Vice*)
nross@mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

Chris C. Scheithauer (State Bar No. 184798)
cscheithauer@mwe.com
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone: 949.851.0633
Facsimile: 949.851.9348

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY WALDBUESSER, GARY GRABEK, MARK A. GEUDER, DWITE RUSSELL and JULIE SPICER, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION, et al.<br><br>Defendants. | Case No. 06-CV-06213 R (JCx)<br><br>[PROPOSED] ORDER RE: (1) DEFENDANTS' MOTION TO DISMISS; AND (2) PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>DATE: February 26, 2007<br>TIME: 10:00 A.M.<br>PLACE: Courtroom 8<br><br>Courtroom of the Honorable Manuel L. Real |

[PROPOSED] ORDER -1- Case No. 06-CV-06213 R (JCx)

1    On February 26, 2007, at 10:00 a.m., defendants' Motion to Dismiss or
2    Alternatively to Strike Portions of Plaintiffs' Complaint (Docket No. 9), as well as
3    plaintiffs' Motion for Class Certification (Docket No. 17), came on regularly for
4    hearing before the Honorable Manual L. Real, in Courtroom 8, United States
5    District Courthouse, located at 312 North Spring Street, Los Angeles, California.

6    Nancy Ross of MCDERMOTT WILL & EMERY LLP appeared on behalf of
7    defendants, and Jerry Schlichter of SCHLICTER, BOGARD & DENTON appeared
8    on behalf of plaintiffs.

9    Having considered all papers, argument, and evidence presented, and good
10   cause appearing, IT IS HEREBY ORDERED that defendants' Motion to Dismiss is
11   GRANTED, and plaintiffs' Motion for Class Certification is moot. The Court
12   further finds and orders as follows:

13   1.   Plaintiff Shirley Waldbuesser lacks standing under ERISA to bring her
14   claims and her claims are dismissed with prejudice.

15   2.   The remainder of the Complaint is hereby dismissed without prejudice
16   in its entirely for the reasons set forth in defendants' brief and plaintiffs shall have
17   twenty (20) days leave to file an amended pleading.

18   3.   Defendants' motion to strike the jury demand is granted.

19   4.   Plaintiffs' motion for class certification is taken off calendar as moot.

DATED: **Feb. 28**, 2007

The Honorable Manuel L. Real
United States District Court Judge

ORC 408304-1 071494.0013

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 18191 Von Karman, Suite 400, Irvine, CA 92612.

On February 28, 2007, I served the foregoing document described as

**[PROPOSED] ORDER RE: (1) DEFENDANTS' MOTION TO DISMISS; AND (2) PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

on the interested parties in this action as follows:
   by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list.

  X   BY MAIL. These documents are being served via United States Mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service, on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  _____ BY FACSIMILE The above-referenced document was transmitted via facsimile transmission to the parties described on the attached Service List; the transmission was reported as completed and without error. Pursuant to C.R.C. 2009(i), a copy of the facsimile transmission report is attached hereto.

  _____ BY PERSONAL DELIVERY As follows: I caused such envelope to be hand delivered to the offices of the addressee.

  _____ BY FEDERAL EXPRESS I am readily familiar with the practice of McDermott Will & Emery LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 28, 2007, at Irvine, California.

_____
LINDA MARIE DOMINIC

[PROPOSED] ORDER                          -3-                     Case No. 06-CV-06213 R (JCx)

**SERVICE LIST**

Mary L. Perry
Jerry J. Schlichter
Elizabeth J. Hubertz
Heather Lea
Schlichter, Bogard & Denton
120 W. Main Street, Suite 208
Belleville, IL 62220
*Counsel for Plaintiffs*

William A. White
C. Treswell Templeton
Hill, Farrer & Burrill LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
*Local Counsel for Plaintiffs*

[PROPOSED] ORDER -4- Case No. 06-CV-06213 R (JCx)