# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-06-6213-R**                                    Date: **May 21, 2007**

**TITLE: IN RE NORTHRUP GRUMANN CORP ERISA LITIGATION**
==========================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| William Horrell | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

G Cresswell Templeton III                                Nancy Ross
Stephen Fishback

**PROCEEDINGS:** Defendant Northrup Grumann's motion to dismiss amended complaint

**THE COURT GRANTS THE MOTION.**

**DEFENDANT SHALL SUBMIT A PROPOSED ORDER.**

DOCKETED ON CM
MAY 22 2007

1 min

**MINUTES FORM 90**                                          **Initials of Deputy Clerk __WH__**
**CIVIL -- GEN**