Nancy G. Ross (*Pro Hac Vice*)
nross@mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

Chris C. Scheithauer (State Bar No. 184798)
cscheithauer@mwe.com
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone: 949.851.0633
Facsimile: 949.851.9348

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NORTHROP GRUMMAN CORPORATION ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Grabek v. Northrop<br>Case No. 06-CV-6213 R(JCx) | Master File No. 06-CV-6213 R(JCx)<br><br>[PROPOSED] ORDER RE MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>DATE: May 21, 2007<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 8<br><br>[Courtroom of the Honorable Manuel L. Real] |

On May 21, 2007, at 10:00 a.m., the Motion to Dismiss (Docket No. 56) the First Amended Complaint (Docket No. 43) filed by defendants Northrop Grumman Corporation ("Northrop Grumman" or the "Company") and the Director Defendants[1], came on regularly for hearing before the Honorable Manual L. Real, in Courtroom 8, United States District Courthouse, located at 312 North Spring Street, Los Angeles, California.

Nancy Ross of MCDERMOTT WILL & EMERY LLP appeared on behalf of defendants, and G. Cresswell Templeton of HILL FARRER & BURRILL appeared on behalf of plaintiffs.

Having considered all papers, argument, and evidence presented, and good cause appearing, IT IS HEREBY ORDERED that defendants' Motion to Dismiss the First Amended Complaint is GRANTED. The Court further finds and orders as follows:

1. Defendant Northrop Grumman Corporation is dismissed with prejudice for the reasons set forth in defendants' briefs; and

2. The Director Defendants (including the Northrop Grumman Board of Directors, the Northrop Grumman Corporation Compensation and Management Development Committee of the Board of Directors, John T. Chain, Jr., Lewis W. Coleman, Phillip Frost, Kevin Sharer, Philip A. Odeen, Richard Myers, Stephen Frank, Vic Fazio, Charles Larson, Aulana Peters, and Ronald D. Sugar), are all dismissed with prejudice for the reasons set forth in defendants' briefs.

DATED: May 23, 2007

The Honorable Manuel L. Real
United States District Court Judge

[1] The "Director Defendants" are the Northrop Grumman Board of Directors, the Northrop Grumman Corporation Compensation and Management Development Committee of the Board of Directors, John T. Chain, Jr., Lewis W. Coleman, Phillip Frost, Kevin Sharer, Philip A. Odeen, Richard Myers, Stephen Frank, Vic Fazio, Charles Larson, Aulana Peters, and Ronald D. Sugar.

## PROOF OF SERVICE

I, Linda Marie Dominic Ashe, declare: I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 18191 Von Karman Avenue, Suite 500, Irvine, California 92612-7108. On May 22, 2007, I served a copy of the within document(s):

**[PROPOSED] ORDER RE MOTION TO DISMISS FIRST AMENDED COMPLAINT**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

- ☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a <u>Federal Express</u> agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

PLEASE SEE ATTACHED SERVICE LIST

I am familiar with the Firm's practice of collection and processing mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 22, 2007, at Irvine, California.

_____
Linda Marie Dominic Ashe

## SERVICE LIST

Jerome J. Schlichter, Esq.
Elizabeth J. Hubertz, Esq.
Mary L. Perry, Esq.
SCHLICHTER BOGARD AND DENTON
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Fax 314.621.7151
*Counsel for Plaintiffs in Grabek matter*

G. Cresswell Templeton, III, Esq.
William A. White, Esq.
HILL FARRER & BURRILL
One California Plaza
300 South Grand Avenue, 37th Floor
Los Angeles, CA
Fax 213.624.4840
*Counsel for Plaintiffs in Grabek matter*

Daniel L. Keller, Esq.
Stephen M. Fishback, Esq.
KELLER, FISHBACK & JACKSON, LLP
28720 Roadside Drive, Suite 201
Agoura Hills, CA 91301
Fax 818.292.8891
*Counsel for Plaintiffs in Heidecker matter*

Stephen J. Fearon, Jr., Esq.
KELLER, FISHBACK & JACKSON, LLP
32 East, 57th Street, 12th Floor
New York, New York 10022
Fax 212.983.0383
*Counsel for Plaintiffs in Heidecker matter*

ORC 414878-1 071494.0013