UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-06-6213-R
CV-07-153-R

Date: JUNE 21, 2007

Title:   IN RE NORTHRUP GRUMANN CORP ERISA LITIGATION
================================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

William Horrell
Courtroom Deputy

None Present
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:

None

ATTORNEYS PRESENT FOR DEFENDANTS:

None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) RE CONSOLIDATION


**UPON READING THE PARTIES JOINT REPORT OF EARLY MEETING OF COUNSEL FILED ON JUNE 21, 2007, IT APPEARS TO THE COURT THE PARTIES NEED CLARIFICATION ON THE COURT'S CONSOLIDATION ORDER.**

**IT IS AND WAS ORDERED THAT THESE ABOVE-LISTED ACTIONS ARE CONSOLIDATED FOR ALL PURPOSES, INCLUDING PRE-TRIAL AND TRIAL.**

**A SEPARATE ORDER SETTING THE DATES OF THE FINAL PRE-TRIAL CONFERENCE AND TRIAL DATES SHALL ISSUE PRESENTLY.**


cc: counsel of record (by optical scanning)

MINUTES FORM 11
CIVIL -- GEN

Initials of Deputy Clerk _____

