Jerome J. Schlichter (Bar No. 054513)
  E-Mail: jschlichter@uselaws.com
Elizabeth J. Hubertz (*admitted pro hac vice*)
  E-Mail: ehubertz@uselaws.com
**SCHLICHTER, BOGARD & DENTON**
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Tel:  314-621-6115

William A. White (Bar No. 121681)
  E-Mail: WWhite@hillfarrer.com
G. Cresswell Templeton, III (Bar No. 138398)
  E-Mail: GTempleton@hillfarrer.com
**HILL, FARRER & BURRILL LLP**
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840

Attorneys for Plaintiffs
GARY GRABEK, MARK A. GEUDER, DWITE
RUSSELL, AND JULIE SPICER

FILED
CLERK, U S DISTRICT COURT
AUG - 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NORTHROP GRUMMAN CORPORATION ERISA LITIGATION | Master File No. CV 06-06213-R(JCx)<br><br>[PROPOSED] ORDER DENYING GRABEK PLAINTIFFS' SECOND RENEWED MOTION FOR CLASS CERTIFICATION<br><br>DATE: August 6, 2007<br>TIME: 10:00 a.m.<br>CRTR: 8 |
| THIS DOCUMENT RELATES TO:<br>Grabek v. Northrop Grumman<br><br>Case No. 06-CV-6213 R (JCx) | [COURTROOM OF THE HONORABLE MANUEL L. REAL] |

DOCKETED ON CM
AUG - 7 2007
BY    019

     On August 6, 2007, at 10:00 a.m., the Grabek Plaintiffs' Second Renewed

Motion for Class Certification ("Motion") came on regularly for hearing before the

- 1 -

1  Honorable Manuel L. Real, in Courtroom 8, United States District Courthouse,
2  located at 312 North Spring Street, Los Angeles, California.
3      Elizabeth J. Hubertz, of Schlicter, Bogard & Denton, and G. Cresswell
4  Templeton III, of Hill Farrer & Burrill LLP, appeared on behalf of Plaintiffs
5  Grabek, Geuder, Russell and Spicer.  Michael Freedman, of Keller, Fishback &
6  Jackson, LLP appeared on behalf of plaintiffs in the Heidecker matter.  Nancy Ross
7  of Mcdermott Will & Emery LLP appeared on behalf of the Defendants.
8      Having considered all paper, argument and evidence presented, the Court
9  hereby FINDS and ORDERS as follows:
10    1.    This case does not qualify under Fed. R. Civ. P. 23, as the case is
11  better taken care of by administrative agencies.
12    2.    The case shall proceed in this Court accordingly.
13    3.    The Motion is DENIED.

DATED: _____, 2007

_____
THE HONORABLE MANUEL L. REAL
U.S. DISTRICT JUDGE

HFB 745474 1 W0471002

- 2 -                                                    CV 06--06213-R(JCX)

[PROPOSED] ORDER DENYING GRABEK PLAINTIFFS' SECOND RENEWED MOTION FOR CLASS CERTIFICATION

# PROOF OF SERVICE

I, Susie A. Pierce, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is Hill, Farrer & Burrill LLP, One California Plaza, 37th Floor, Los Angeles, California 90071-3147. On August 6, 2007, I served the within documents:

**[PROPOSED] ORDER DENYING GRABEK PLAINTIFFS' SECOND RENEWED MOTION FOR CLASS CERTIFICATION**

[X] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Nancy G. Ross, Esq.
McDermott Will & Emery LLP
227 W. Monroe Street
Chicago, Illinois 60606
Fax: (312) 984-7700

Keller, Fishback & Jackson
Daniel L. Keller
Stephen M Fishback
28720 Roadside Drive, Suite 201
Agoura Hills, CA 91301
Fax. (818) 292-8891

Gainey & McKenna
Thomas J. McKenna
295 Madison Ave , 4th Floor
New York, NY 10017
Fax (212) 983-0383

Chris C Scheithauer
McDermott Will & Emery LLP
18191 Von Karman Ave, Suite 500
Irvine, CA 92612-7108
Fax: (949) 851-9348

Squitieri & Fearon, LLP
Stephen J Fearon, Jr
32 East 57th Street, 12th Floor
New York, NY 10022
Fax: (212) 421-6553

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 6, 2007, at Los Angeles, California.

_____
Susie Pierce

HFB 745493 1 W0471002

PROOF OF SERVICE