| | |
|---|---|
| 1 | Nancy G. Ross (*Pro Hac Vice*) |
| | nross@mwe.com |
| 2 | John A. Litwinski (*Pro Hac Vice*) |
| | jlitwinski@mwe.com |
| 3 | McDERMOTT WILL & EMERY LLP |
| | 227 West Monroe Street |
| 4 | Chicago, IL 60606-5096 |
| | Telephone: 312.372.2000 |
| 5 | Facsimile: 312.984.7700 |
| 6 | Chris C. Scheithauer (State Bar No. 184798) |
| | cscheithauer@mwe.com |
| 7 | McDERMOTT WILL & EMERY LLP |
| | 18191 Von Karman Avenue, Suite 500 |
| 8 | Irvine, CA 92612-7108 |
| | Telephone: 949.851.0633 |
| 9 | Facsimile: 949.851.9348 |
| 10 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NORTHROP GRUMMAN CORPORATION ERISA LITIGATION | Master File No. 06-CV-6213 MMM (JCx) |
| | Notice of Motion and Motion to Compel Payment by Plaintiffs for Document Production |
| THIS DOCUMENT RELATES TO: | DATE: January 26, 2010 |
| All Actions | TIME: 9:30 a.m. |
| | CTRM.: 20 |
| | [Courtroom of Magistrate Judge Jacqueline Chooljian] |
| | [Joint Stipulation Pursuant to Rule 37 and Declaration of Chris Scheithauer filed separately herewith] |
| | Discovery Cutoff: Not set |
| | Pretrial Conference: Not set |
| | Trial Date: Not set |

Notice of Motion and Motion to Compel Payment by Plaintiffs for Document Production

CASE NO. 06-CV-06213 MMM (JCX)

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on Tuesday, January 26, 2010, at 9:30 a.m., in
3  Courtroom 20 of the above-entitled Court, located at 312 North Spring Street, Los
4  Angeles, CA 90012, defendants, by and through their attorneys, will move and
5  hereby do move for an order requiring plaintiffs to comply with their prior
6  agreement to reimburse defendants for the costs incurred in the production of
7  documents to plaintiff.  Defendants request an order enforcing the parties' prior
8  agreement on cost-shifting and ordering (1) plaintiffs to pay defendants
9  $214,694.41 within ten days of the order; (2) that plaintiffs are not entitled to
10 receive any further discovery responses or supplemental productions from
11 defendants until the above amount is paid; (3) that plaintiffs shall be responsible for
12 the costs incurred in connection with any future document production; and (4) that
13 plaintiffs shall pay defendants' reasonable attorneys fees for having to bring this
14 motion.

15 This motion is made on the grounds that in 2007 plaintiffs propounded overly
16 broad discovery requests requiring the production of a large number of documents
17 in various formats, including searchable pdfs, that were expensive to provide.
18 Defendants objected on numerous grounds, including that such a large production
19 was extremely expensive to prepare and pursuant to Rule 26(c) and other authority
20 that defendants should not be required to shoulder the undue burden and expense of
21 complying with plaintiffs' discovery requests.  After various telephonic meet and
22 confer attempts, on June 25, 2007 plaintiffs agreed *in writing* to compensate
23 defendants for such cost.  Defendants subsequently produced close to 900,000
24 pages of documents in the format requested.  Following such production, and upon
25 defendants' request for payment, plaintiffs refused to provide payment
26 notwithstanding the previous promise to do so.  After being reminded of the written
27 agreement, plaintiffs' counsel stated that they have "no intention" of providing any
28 compensation to defendants for the prior production.

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
ORANGE COUNTY

Notice of Motion and Motion to Compel Payment by Plaintiffs for Document Production    1    CASE NO. 06-CV-06213 MMM (JCX)

Prior to filing this motion, defendants met and conferred with plaintiffs counsel on numerous occasions both telephonically and in writing. The parties' most recent telephone conference on these issues took place on November 24, 2009 during a telephone conference between the undersigned, counsel for defendants, and Nelson Wolff, counsel for plaintiffs.

This Motion is based on this Notice of Motion and Motion, the accompanying Joint Stipulation Pursuant to Local Rule 37, the accompanying Declaration of Chris C. Scheithauer, all submitted herewith, and the other pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated:   December 31, 2009

McDERMOTT WILL & EMERY LLP
Nancy G. Ross
Chris C. Scheithauer
John Litwinski

By: /s/ Chris C. Scheithauer
    Chris C. Scheithauer
    Attorneys for Defendants

ORC 473121-1.071494.0013