1  Nancy G. Ross (*Pro Hac Vice*)
   nross@mwe.com
2  John A. Litwinski (*Pro Hac Vice*)
   jlitwinski@mwe.com
3  McDERMOTT WILL & EMERY LLP
   227 West Monroe Street
4  Chicago, IL 60606-5096
   Telephone:  312.372.2000
5  Facsimile:  312.984.7700

6  Chris C. Scheithauer (State Bar No. 184798)
   cscheithauer@mwe.com
7  McDERMOTT WILL & EMERY LLP
   18191 Von Karman Avenue, Suite 500
8  Irvine, CA  92612-7108
   Telephone:  949.851.0633
9  Facsimile:  949.851.9348

10  Attorneys for Defendants

11

## UNITED STATES DISTRICT COURT

12

## CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  IN RE NORTHROP GRUMMAN CORPORATION ERISA LITIGATION | Master File No. 06-CV-6213 MMM (JCx) |
| 15 | [Proposed] Order Granting Defendants' Motion to Compel Payment by Plaintiffs for Document Production |
| 16 | |
| 17  THIS DOCUMENT RELATES TO: | DATE:    January 26, 2010 |
| 18  All Actions | TIME:    9:30 a.m.<br>CTRM.:   20 |
| 19 | [Courtroom of Magistrate Judge Jacqueline Chooljian] |
| 20 | Discovery Cutoff:  Not set |
| 21 | Pretrial Conference:  Not set<br>Trial Date:  Not set |

22

23

24

25

26

27

28

[Proposed] Order Granting Motion to Compel
Payment by Plaintiffs for Document Production

CASE NO. 06-CV-06213 MMM (JCX)

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1   Defendants' motion to compel payment by plaintiffs for document
2   production was heard by this Court on January 26, 2010.  The Court has considered
3   the written submissions and the argument of counsel and concludes that good cause
4   exists to grant defendants' motion.

5   ACCORDINGLY, IT IS HERBY ORDERED that the parties' prior
6   agreement for plaintiffs to reimburse defendants for their document production
7   shall be enforced as follows:  (1) plaintiffs are ordered to pay defendants
8   $214,694.41 within ten days of this order; (2) plaintiffs are not entitled to receive
9   any further discovery responses or supplemental productions from defendants until
10  the above amount is paid; (3) plaintiffs shall be responsible for the costs incurred in
11  connection with any future document production; and (4) plaintiffs shall pay
12  defendants' reasonable attorneys fees for having to bring this motion.

13  IT IS SO ORDERED

Dated: _____     _____
                           Hon. Jacqueline Chooljian
                           United States Magistrate Judge

ORC 473257-1.071494.0013

[Proposed] Order Granting Motion to Compel Payment by Plaintiffs for Document Production     1     CASE NO. 06-CV-06213 MMM (JCX)