| | |
|---|---|
| 1 | JEROME J. SCHLICHTER (SBN 054513) |
|   | jschlichter@uselaws.com |
| 2 | NELSON G. WOLFF (admitted *pro hac vice*) |
|   | nwolff@uselaws.com |
| 3 | JASON P. KELLY (admitted *pro hac vice*) |
|   | jkelly@uselaws.com |
| 4 | SCHLICHTER, BOGARD & DENTON |
|   | 100 South Fourth Street, Suite 900 |
| 5 | St. Louis, MO 63102 |
|   | Telephone: (314) 621-6115 |
| 6 | Facsimile: (314) 621-7151 |
| 7 | *Lead Counsel for Plaintiffs* |
| 8 | WILLIAM A. WHITE (SBN 121681) |
|   | wwhite@hillfarrer.com |
| 9 | HILL, FARRER & BURRILL LLP |
|   | One California Plaza, 37th Floor |
| 10 | 300 South Grand Avenue |
|    | Los Angeles, CA 90071-3147 |
| 11 | Telephone: (213) 620-0460 |
|    | Facsimile: (213) 620-4840 |
| 12 | |
| 13 | *Local Counsel for Plaintiffs* |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NORTHROP GRUMMAN CORPORATION ERISA LITIGATION | Master File No. 06-CV-06213 |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF LORETTA JONES** |
| Case No. 2:06-cv-06213 MMM(JCx) | |
| GRABEK, *et al.*, | Magistrate Judge: Hon. Jacqueline Chooljian |
| Plaintiffs, | |
| v. | |
| NORTHROP GRUMMAN CORPORATION, *et al.*, | |
| Defendants. | |

**DECLARATION OF LORETTA JONES**

## DECLARATION OF LORETTA JONES

I, Loretta Jones, of lawful age, declare as follows:

1. I am currently an Account Manager, employed by Xact Data Discovery (Xact).

2. Xact provides a wide range of litigation support services to customers in the litigation field, including the processing of electronic and paper discovery.

3. As an Account Manager, I am familiar with Xact's standard pricing for services offered to customers in the litigation field.

4. Schlichter, Bogard and Denton is currently one of Xact's customers for which we provide litigation support services. We have provided these services for Schlichter, Bogard and Denton since at least 2007.

5. For the Optical Character Recognition (OCR) of documents, we charge $0.025 per page as a standard rate.

6. For the duplication of CDs, we charge $8.00 per CD as a standard rate.

7. These charges are similar if not identical to what would have been charged in 2007 by Xact.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 30, 2009.

*Loretta Jones* (signature)
Loretta Jones

- 1 -

DECLARATION OF LORETTA JONES