UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-6213 MMM(JCx) | Date | June 8, 2010 |
|---|---|---|---|
| Title | In Re Northrop Grumman Corporation ERISA Litigation | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **ORDER (1) DIRECTING PARTIES TO TAB EXHIBITS FOR ANY FUTURE CHAMBERS' COPIES; (2) DIRECTING PARTIES TO SUBMIT CHAMBERS' COPIES OF MISSING DOCUMENTS/ EXHIBITS; (3) DENYING STIPULATED REQUEST TO ADVANCE HEARING; (4) CONTINUING HEARINGS; (5) DIRECTING PARTIES TO MEET AND CONFER; (6) DIRECTING PARTIES TO SUBMIT ADDITIONAL DOCUMENTS; (7) GRANTING PLAINTIFFS' MOTION TO STRIKE AND STRIKING DEFENDANTS' SUPPLEMENTAL MEMORANDUM**

    1.    Pending before this Court and noticed for hearing on June 15, 2010 is Plaintiffs' Motion to Compel Production of Documents ("Plaintiffs' First Motion") (Docket No. 194).  In conjunction with Plaintiffs' First Motion the parties have submitted, among other things, a Declaration of Nelson G. Wolff ("First Wolff Declaration") with multiple and voluminous accompany exhibits (Wolff I Ex.") (Docket No. 196), and a Declaration of Chris C. Scheithauer ("First Scheithauer Declaration") with multiple and voluminous accompanying exhibits ("Scheithauer I Ex.") (Docket No. 197). Unfortunately, the chambers copies of the First Wolff Declaration and the First Scheithauer Declaration are both missing exhibits attached thereto – a fact which likely would have been apparent to the parties if the exhibits in the chambers' copies of such documents had been tabbed.  Specifically:  (1) missing from the Wolff Declaration are Wolff I Exs. J, K, L, and M; and (2) missing from the First Scheithauer Declaration are Scheithauer I Exs. J, K, L, M. N, and O.

    2.    Also pending before this Court and noticed for hearing on June 15, 2010 is Plaintiffs' Motion to Compel Production of Supplemental Discovery and Unredacted Documents ("Plaintiffs' Second Motion") (Docket No. 204).  Among the documents submitted in conjunction with Plaintiffs' Second Motion are a Declaration of Nelson G. Wolff ("Second Wolff Declaration") with multiple and voluminous accompany exhibits ("Wolff II Ex.") (Docket No. 206), a Declaration of Chris C. Scheithauer ("Second Scheithauer Declaration") with multiple and voluminous accompanying exhibits ("Scheithauer II Ex.") (Docket No. 208), Defendants' Supplemental Memorandum ("Defendants' Supplemental Memo") (Docket No. 226) and Plaintiffs' Motion to Strike Defendants' Supplemental Memorandum ("Plaintiffs' Motion to Strike") (Docket No. 228).  This Court has not been provided with a chambers' copy of the Second Scheithauer Declaration or any of the Scheithauer II exhibits other than exhibits O and P which were separately filed under seal.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-6213 MMM(JCx) | Date | June 8, 2010 |
|---|---|---|---|
| Title | In Re Northrop Grumman Corporation ERISA Litigation | | |

      3.      Also pending before this Court and noticed for hearing on June 29, 2010 is Plaintiffs' Motion to Compel Production of Improperly Withheld Documents ("Plaintiffs' Third Motion") (Docket No. 218). Among the documents submitted in conjunction with Plaintiffs' Third Motion are a Declaration of Nelson G. Wolff ("Third Wolff Declaration") with multiple and voluminous accompany exhibits ("Wolff III Ex.") (Docket No. 220), and a Declaration of Chris C. Scheithauer ("Third Scheithauer Declaration") with multiple and voluminous accompanying exhibits ("Scheithauer III Ex.") (Docket No. 221). The parties have filed a Joint Stipulation and Application for Order to Advance Hearing on [Plaintiffs' Third Motion] from June 29 to June 15 to be Heard at Same Time as Related Motion. ("Stipulated Request"). In the Stipulated Request, the parties represent that Plaintiffs' Third Motion and Plaintiffs' Third Motion involve substantially similar questions of law and application of fact and seek to advance the hearing on Plaintiffs' Third Motion for that reason and the parties' desire to promote judicial efficiency and reduce multiple hearing dates on similar matters.

      In light of the foregoing, IT IS HEREBY ORDERED:

      1.      **The parties shall tab all exhibits in all future chambers' copies of documents containing exhibits.**

      2.      The submitting parties are directed to deliver to this Court's chambers copies of the above-referenced missing documents/exhibits (Wolff I Exs. J, K, L, and M; Scheithauer I Exs. J, K, L, M. N, O; Second Scheithauer Declaration; Scheithauer II exhibits other than exhibits O and P) forthwith and, in any event, no later than **Thursday, June 10, 2010 at 12:00 p.m.**

      3.      The Stipulated Request is denied.

      4.      The hearings on Plaintiffs' First Motion and Plaintiffs' Second Motion are continued to **June 29, 2010 at 9:30 a.m.**, and will be heard at the same time as Plaintiffs' Third Motion (absent further order of the Court).

      5.      As the Court is currently tentatively inclined to order defendants to produce to plaintiffs those documents in issue which defendants agree fall within the fiduciary exception, and to find that such production will not be deemed a waiver of any privilege, and as the production of such documents would likely be expedited if the parties were able to agree upon, and to submit an appropriate stipulation for the Court's consideration, the parties are directed to meet and confer forthwith regarding such matter and to submit any proposed stipulation regarding the same, to this Court by no later than **Friday, June 11, 2010 at 4:00 p.m.** Ideally, such stipulation would identify the documents to be produced by cross-reference to the specific bates number/entry numbers corresponding to defendants' privilege logs.

      6.      By no later than **Tuesday, June 15, 2010**, the submitting parties are directed to file updated declarations and versions of the following exhibits/versions of the privilege logs which reflect **only** entries as to which disputes remain: (a) Wolff I Exs. B, G; (b) Scheithauer I Ex. O; (c) Wolff III Exs. A-D; and (d) Scheithauer III Exs. K- L.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-6213 MMM(JCx) | Date | June 8, 2010 |
|---|---|---|---|
| Title | In Re Northrop Grumman Corporation ERISA Litigation | | |

      7.      By no later than **Tuesday, June 15, 2010**, defendants are further directed to prepare and to file schedules for defendants' Third and Fourth Privilege Logs comparable to those previously prepared and submitted regarding defendants' First, Second, and Fifth Privilege Logs which reflect **only** entries as to which disputes remain.

      8.      Although the Court has, to date, made no determination, tentative or otherwise, regarding whether an *in camera* review of documents in issue may be appropriate, in light of the number and volume of documents potentially in issue, the parties are directed (a) to meet and confer (i) to attempt to agree upon a sampling protocol (*e.g.*, to identify categories into which remaining disputed documents may fall, to agree upon a proposed number of documents to be recommended for review either in total or per category and upon who may choose such documents, or to agree upon specific documents referenced on logs to be recommended for review); and (ii) regarding whether, and under what terms, it would be appropriate to utilize a special master to participate in discovery proceedings; and (b) file, by no later than **June 18, 2010**, a joint status report regarding such meet and confer efforts and any proposals upon which the parties agree regarding the use of a special master and regarding the protocol the Court should follow in the event the Court deems it appropriate to conduct an *in camera* review of documents.

      9.      Plaintiffs' Motion to Strike is granted as Defendants' Supplemental Memo, filed on June 3, 2010, was untimely when filed. The Clerk is directed to strike Defendants' Supplemental Memo (Docket No. 226).

      IT IS SO ORDERED

      Initials of Deputy Clerk:   kc