Nancy G. Ross (*Pro Hac Vice*)
nross @mwe.com
John A. Litwinski (*Pro Hac Vice*)
jlitwinski @mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

Chris C. Scheithauer (State Bar No. 184798)
cscheithauer@mwe.com
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone: 949.851.0633
Facsimile: 949.851.9348

Attorneys for Defendants

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
ORANGE COUNTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NORTHROP GRUMMAN CORPORATION ERISA LITIGATION | Master File No. 06-CV-6213 MMM (JCx) |
| | Supplemental Declaration of Chris C. Scheithauer Filed Pursuant to Court Order (Docket No. 237) for Updated Declaration Attaching Schedules of Documents Still In Dispute Concerning Privilege Logs 1-5 |
| THIS DOCUMENT RELATES TO: | |
| All Actions | DATE:       June 29, 2010<br>TIME:       9:30 a.m.<br>CTRM.:     20 |
| | [Courtroom of Magistrate Judge Jacqueline Chooljian] |
| | Discovery Cutoff: August 27, 2010<br>Pretrial Conference: December 13, 2010<br>Trial Date: January 11, 2011 |

I, CHRIS C. SCHEITHAUER, declare:

1.      I am an attorney licensed to practice before all courts in California, including, but not limited to, the United States District Court, Central District of California, and am an attorney with the law firm of McDermott Will & Emery LLP, attorneys of record for the defendants in the above-entitled matter.  If called as a witness, I could and would competently testify to the facts set forth below as I know each to be true based upon my own personal knowledge or upon my review of the records and files maintained by McDermott Will & Emery LLP in the regular course of its representation of defendants.

2.      On June 8, 2010, the Court issued its Order (Docket No. 237) requiring defendants to file an updated declaration attaching versions of defendants' Privilege Logs 1-5 that show only the documents remaining in dispute.  This declaration is submitted in compliance with items 6 and 7 of that Order.

3.      Attached hereto as **Exhibit A** is a schedule reflecting the documents from defendants' Privilege Log 1 that still remain in dispute.

4.      Attached hereto as **Exhibit B** is a schedule reflecting the documents from defendants' Privilege Log 2 that still remain in dispute.

5.      Attached hereto as **Exhibit C** is a schedule reflecting the documents from defendants' Privilege Log 3 that still remain in dispute.

6.      Attached hereto as **Exhibit D** is a schedule reflecting the documents from defendants' Privilege Log 4 that still remain in dispute.

7.      Attached hereto as **Exhibit E** is a schedule reflecting the documents from defendants' Privilege Log 5 that still remain in dispute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 15th day of June, 2010, in Irvine, California.

/s/  Chris C. Scheithauer
CHRIS C. SCHEITHAUER

McDermott Will & Emery LLP
Attorneys At Law
Orange County

DM_US 25678310-1.071494.0013

**CERTIFICATE OF SERVICE**

I certify that on June 15, 2010, I electronically filed **Supplemental Declaration of Chris C. Scheithauer Filed Pursuant to Court Order (Docket No. 237) for Updated Declaration Attaching Schedules of Documents Still in Dispute Concerning Privilege Logs 1-5** with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have sent the foregoing documents by electronic mail to the following non-CM/ECF participants:

| | |
|---|---|
| Jay E. Sushelsky, Esq. | Stephen J. Fearon, Jr., Esq. |
| AARP FOUNDATION LITIGATION | SQUITIERI & FEARON LLP |
| 601 E. Street, NW | 32 East, 57th Street, 12th Floor |
| Washington, DC 20049 | New York, New York 10022 |

☐    (BY MAIL)  I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California.  I am readily familiar with the practice of McDermott, Will & Emery for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐    (BY FACSIMILE)  The above-referenced document was transmitted by facsimile transmission to the parties described above; the transmission was reported as completed and without error.

☒    (BY ELECTRONIC MAIL)  I caused document to be transmitted electronically to _____.  Each e-mail delivery was reported as complete and without error.  A delivery receipt was properly issued for each interested party.

☒    (FEDERAL)  I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 15, 2010, at Irvine, California.

/s/ Chris C. Scheithauer

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
ORANGE COUNTY