# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 06-06213 MMM(JCx) | Date | June 29, 2010 |
|---|---|---|---|
| Title | In Re Northrop Grumman Corporation ERISA Litigation | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | C/S - 06/29/10 |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nelson G. Wolff | Christopher C. Scheithauer |
| Mark G. Boyko | Nancy G. Ross |
| | Tyler J. Woods |

**Proceedings:**     **HEARING ON PLAINTIFFS' MOTIONS (Docket Nos. 194, 218)**

     Case called. Tentative Ruling provided to counsel prior to today's hearing. Hearing held. Counsel argue. Court adopts tentative ruling with changes stated on the record. Order will be issued separately.

33 mins
Initials of Deputy Clerk:    kc