Nancy G. Ross (*Pro Hac Vice*)
nross@mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

Chris C. Scheithauer (State Bar No. 184798)
cscheithauer@mwe.com
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone: 949.851.0633
Facsimile: 949.851.9348

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE NORTHROP GRUMMAN CORPORATION ERISA LITIGATION.

THIS DOCUMENT RELATES TO:

All Actions

Master File No. 06-CV-6213 MMM (JCx)

DECLARATION OF CHRIS C. SCHEITHAUER IDENTIFYING PEOPLE LISTED IN DOCUMENTS SUBMITTED FOR *IN CAMERA* REVIEW AS ORDERED BY DOCKET NUMBER 260

[Courtroom of Magistrate Judge Jacqueline Chooljian]

Discovery Cut-Off: August 27, 2010
Final Pretrial Conf.: December 13, 2010
Trial Date: January 11, 2011

I, CHRIS C. SCHEITHAUER, declare:

1. I am an attorney licensed to practice before all courts in California, including, but not limited to, the United States District Court, Central District of California, and am an attorney with the law firm of McDermott Will & Emery LLP, attorneys of record for the defendants in the above-entitled matter. If called as a witness, I could and would competently testify to the facts set forth below as I know each to be true based upon my own personal knowledge or upon my review of the records and files maintained by McDermott Will & Emery LLP in the regular course of its representation of defendants.

2. The purpose of this declaration is to identify individuals listed in documents being submitted to the Court for *in camera* review and to identify their work role. Many of the persons at issue are former employees of Northrop and research had to be done to determine their identity. In coordinating such research, I personally contacted a number of persons at Northrop who either knew the individuals directly from working with them or were able to pull records and files providing such information. Such persons included Ryan Hamlin (Northrop Corporate Director, Investments and Trust Compliance), Dennis Wootan (Northrop Corporate Director, Benefits Administration), William C. Black (in-house attorney, Senior Counsel), Catherine Cleveland (Assistant General Counsel). Accordingly, the persons I contacted collectively provided the information to me as stated in this declaration and as otherwise described in the files and records maintained by Northrop in the ordinary course of business.

3. To comply with the Court's Order, and to assist the Court, I am providing the information below in two parts: (1) a list of the names and the respective titles at the time or area of responsibility at the time for each person on the documents selected by Northrop for in *camera review*; and (2) the role each person played as to the specific documents submitted by the parties for *in camera*

review. As defendants only obtained plaintiffs' list of documents Friday, July 9, 2010, there was insufficient time for me to verify the specific titles of all of the persons listed on plaintiffs' selected documents, many of whom are no longer employed by Northrop, but was able to identify them as former employees involved in the communications at issue.

4. The names and titles of the various individuals that I was able to verify for the documents selected by Northrop are as follows:

(a) Rose Mary Abelson – Director of Investments and Trust Administration, Member of Northrop Investment Committee and Northrop Administration Committee. She is also a defendant in this case.

(b) Maria Avalos – Ms. Avalos worked in Northrop Benefits Administration (worked on matters relating to plan amendments).

(c) Steven C. Babb – Attorney. Mr. Babb served as Northrop Corporate Legal Counsel (worked on collective bargaining matters relating to changes in investment options).

(d) Lynne M. O. Brickner – Attorney. Ms. Brickner served as Vice-President and Assistant General Counsel (worked on matters relating to Investment Committee).

(e) West Bush – Northrop Chief Financial Officer and Chairman of Investment Committee.

(f) Deborah Catsavas – Attorney. Ms. Catsavas served as Vice-President, Compensation, Benefits and HRIS. She attended Investment Committee meetings at the invitation of Ian Ziskin, Head of HR and member of Investment Committee.

(g) Raj Chandhok – Mr. Chandhok served as Vice-President of Investments and Trust Administration, member of Northrop Investment Committee and Northrop Administration Committee.

(h) Catherine Cleveland – Attorney. Ms. Cleveland served as Northrop Corporate Legal Counsel and attended Northrop Investment Committee meetings in a legal capacity for Northrop and worked on matters related to Northrop Investment Committee on behalf of the Northrop.

(i) Margaret Collins – Northrop Manager, Retirement Program Administration.

(j) Ann Coons – Attorney. Ms. Coons served as Northrop Corporate Legal Counsel and worked on matters related to Northrop Investment Management Company.

(k) Joe O. Costello – Attorney. Northrop Corporate Legal Counsel and worked on matters of participant litigation.

(l) Susan Durlene – Northrop Manager in benefits administration and worked on participant communications.

(m) Gretchen Eisenach – Attorney. Ms. Eisenach served as Northrop Corporate Legal Counsel working on ERISA matters.

(n) Adam Greetis – Attorney. Outside counsel at Seyfarth Shaw, LLP.

(o) Ryan Hamlin – Northrop Corporate Director, Investments and Trust Compliance, secretary to Northrop Investment Committee, also in charge of fixed income. Mr. Hamlin is a defendant in this case.

(p) J. Michael Hateley – Northrop Vice-President of Human Relations, member of Northrop Investment Committee. Mr. Hateley is a defendant in this case.

(q) Kenneth Heintz – Northrop Vice-President, Corporate Controller, member of Northrop Administration Committee.

(r) Eric Howell – Attorney. Mr. Howell served as Northrop Corporate Legal Counsel and worked on matters relating to benefits integration of Westinghouse Electronics Systems Group.

(s) Nancy Ireland – Northrop Manager of Savings Plan Administration at Northrop.

(t) John Mullan – Northrop Vice-President, Corporate Secretary and worked on matters related to Northrop Investment Management.

(u) A. John Murphy – Attorney. Mr. Murphy was outside counsel at Sheppard Mullin Richter and Hampton LLP.

(v) Albert F. Myers – Northrop Vice-President, Corporate Treasurer and was in charge of Northrop Investments and Trust Administration and was a member of Northrop Investment Committee.

(w) Dennis Newberry – Northrop Corporate Director, Investment and Trust Administration and in charge of fixed income managers.

(x) Maria Norman – Northrop Corporate Director, in charge of plan design, plan amendments.

(y) Allen C. Peters – Attorney. Mr. Peters served as Northrop Corporate Legal Counsel and worked on matters of participant litigation.

(z) Johnett Ryans – Northrop Corporate Director, Investments and Trust Administration and was in charge of trust operations.

(aa) J. L. Sanford – Northrop Vice-President, Corporate Treasurer, member of Northrop Investment Committee.

(bb) Janet Schoenfeld – Northrop Manager, Benefits accounting, who worked on Form 5500 filings.

(cc) Andrew Shipley – Attorney. Senior Corporate Counsel at Northrop.

  (dd) Stefan Smith – Attorney. Mr. Smith was outside counsel at Ivins, Phillips and Barker.

(ee) Susan Smith – Northrop HR benefits administration in charge of health and welfare plans.

(ff) William L. Sollee – Attorney. Outside legal counsel with Ivins, Phillips & Barker (worked on matters relating ERISA 404(c).

(gg) Dan Stone – Attorney. Outside legal counsel, worked on matter relating the charging of internal staff expenses.

(hh) Malcolm S. Swift – Attorney. Outside legal counsel with Ivins, Phillips & Barker who worked on matters relating to benefit aspects of corporate acquisitions and divestitures.

(ii) W. Burks Terry – Attorney. Mr. Terry served as Northrop Vice-President, General Counsel.

(jj) Silva Thomas – Northrop Corporate Director, Investments and Trust Administration who was in charge of trust operations.

(kk) Richard Underhill –Northrop Vice-President, Corporate Compensation and Benefits.

(ll) R. B. Waugh, Jr. – Northrop Vice-President, Corporate CFO and Chairman of Investment Committee.

(mm) Steve Witmer – Attorney. Outside legal counsel with Ivins, Phillips and Barker and worked on ERISA matters relating to ERISA 404(c) and participant communications.

(nn) Dennis W. Wootan – Northrop Corporate Director, Benefits Administration, secretary of Administration Committee. Mr. Wootan is also a defendant in this case.

(oo) Sandra Wright – Northrop Vice-President, Corporate Controller.

  (pp) Debra Xanthos – Northrop Benefits Administration (worked on matters relating to plan recordkeeping and payroll).

  (qq) Stephen D. Yslas – Attorney.  Northrop Corporate Vice-President, General Counsel.

 5. All of the inside counsel identified above and below were involved in the communications in their legal capacity.  This understanding is based on my communications with Northrop's legal department that Northrop inside counsel work exclusively as lawyers providing legal input to human resources staff and other company executives as well as through my discussions with other persons at Northrop.  All of the persons involved in the communications were attorneys, employees, contractors, or agents of defendants and Northrop who were necessarily involved in the communication as recipients and facilitators of the legal advice.

 6. Below is a list of the documents submitted for *in camera* review and the role of each participant (to the extent that the document appears in multiple places o the Joint List submitted by the parties, it is only described once below in the order it first appears on the Joint List):

  (a) Second Privilege Log, Entry 2.

  -This document is a PowerPoint presentation prepared by Northrop's internal legal department concerning the plan amendment phase of a plan governance project with a goal to "minimize fiduciary risk."

  (b) Third Privilege Log, Entry 88.

  -Todd Okamura, a member of Northrop's Benefits Systems and Implementation Team sent this e-mail to outside counsel Steve Witmer at Ivins, Phillips and Barker concerning requests from Northrop's upper management for Northrop's 2002 project budgeting process.  All of the persons copied on the e-mail, including Susan Smith, Liza Tiglao Smith, Greta Wick, Debra Xanthos, Chris Powers, Susan Durlene, Margaret Collins and Catherine Petrasso are all internal

Northrop employees involved in Benefits Systems and Implementation or otherwise assist with the benefits programs sponsored by Northrop.

   (c) Fourth Privilege Log, Entry 94

    -Catherine Cleveland (in-house attorney) who served as Northrop's internal Corporate Legal Counsel, is sending an e-mail to another in-house lawyer, Lynne Brickner, who served as Northrop's Vice-President and Assistant General Counsel concerning plan redesign and documentation expenses relating to benefit plans not at issue in this case. The e-mail attaches a memorandum from W. Burks Terry (Northrop's Vice President, General Counsel) to Wes Bush, Kenneth Heintz and Deborah Catsavas. Wes Bush served as the Chief Financial Officer and Chairman of Northrop's Investment Committee; Kenneth Heintz served as Northrop's Vice President, Corporate Controller; Deborah Catsavas was an in-house attorney and Vice-President, Compensation, Benefits and HRIS.

   (d) First Privilege Log, Entry 14

    -Outside counsel firm Ivans, Phillips & Barker is sending a memorandum to Janet Schoenfeld (Northrop Manager, Benefits Accounting) providing legal advice on different aspects of a proposed plan amendment.

   (e) Third Privilege Log, Entry 2

    -Adams Greetis was an attorney at outside counsel Seyfarth Shaw, LLP. The e-mail Mr. Greetis sent to Scott Cole and Michael Lyster, both of whom worked as outside consultants at Hewitt, forwarded an e-mail chain involving Catherine Cleveland (Northrop in-house attorney) concerning possible changes to restrict investments in the company stock fund. All of the other persons copied on the e-mail were employees of Northrop, including Nancy Ireland (Northrop Manager of Savings Plan Administration), and Gretchen Eisenach (Northrop in-house attorney) who were assisting in the project.

(f) Third Privilege Log, Entry 129

-Ryan Hamlin (Northrop Corporate Director, Investments and Trust Compliance) sent an e-mail to Nancy Ireland (Northrop Manager of Savings Plan Administration) and copying Sheila Murphey (Northrop benefits department) concerning legal advice on plan changes/amendments as to proposed plan changes in investment options provided earlier in the e-mail chain from Northrop in-house lawyer Steve Babb (Corporate Legal Counsel). Mr. Babb worked on matters relating to collective bargaining issues and other union labor matters. All of the other individuals listed on the e-mail chain were involved in the project for which the advice was sought, including Nancy Ireland (Northrop Manager of Savings Plan Administration), Catherine Cleveland (Northrop in-house attorney), Maria Norman (Northrop Corporate Director in charge of plan design/amendment), David Bendana (Northrop in-house attorney). Defendants withheld this document on the basis of plan changes/amendments because it concerns proposed plans changes in investment options.

(g) Third Privilege Log, Entry 131

-Nancy Ireland (Northrop Manager of Savings Plan Administration at Northrop) sent an e-mail to Steve Babb (Northrop in-house Corporate Legal Counsel dealing with union labor issues) about plan changes/amendments as to proposed plan changes in investment options and union collective bargaining issues. All of the other individuals listed on the e-mail chain were Northrop employees involved in the project for which the advice was sought, including Ryan Hamlin, Catherine Cleveland (Northrop in-house attorney) and Maria Norman (Northrop Corporate Director in charge of plan design/amendment).

(h) First Privilege Log, Entry 8

-Ryan Hamlin (Northrop Corporate Director, Investments and Trust Compliance) sent a letter to outside counsel Daniel Stone (law firm of Ivans,

Phillips & Barker) seeking legal advice concerning a proposed plan change for a brokerage window investment option and related questions about fiduciary liability.

      (i)      First Privilege Log, Entry 4

-Outside counsel Daniel Stone (law firm of Ivans, Phillips & Barker) sent a memorandum to Northrop's employees, including Rose Mary Abelson, Jeannie Leahy, Ti Ann Ma, Gary McKenzie, Alan Roth, Havey Simon, Kathleen Wilkinson and Dennis Wootan concerning legal advice for the benefit of the fiduciaries on attorney client privilege and the use of consultants.

      (j)      Third Privilege Log, Entry 21

-E-mail chain involving Catherine Cleveland (Northrop Corporate Legal Counsel) and Nancy Ireland (Northrop Manager of Savings Plan Administration) concerning Sarbanes Oxley issues for senior executive stock. Adam Greetis was an attorney at outside counsel Seyfarth Shaw, LLP whose input was solicited on the advice. All of the other individuals listed on the e-mail chain were Northrop employees involved in the project for which the advice was sought, including Ann Coons (Northrop in-house attorney), Dennis Wootan, Nancy Schmidt, Gretchen Eisenach (Northrop in-house attorney), Maria Norman, Kathleen Salmas (in-house attorney), John Mullan (in-house attorney).

      (k)      Fourth Privilege Log, Entry 103

-E-mail chain between Catherine Cleveland (in-house attorney) and Dennis Wootan (Northrop Corporate Director, Benefits Administration) concerning advice on company/trustee liability. Liangan Liu is a Northrop employee whose question prompted the legal advice from Catherine Cleveland. All of the other persons on the e-mail chain were either Northrop employees or outside consultants who were involved in analyzing the legal question at issue.

      (l)    Fourth Privilege Log, Entry 140

-E-mail chain involving legal advice and questions about the Comptek Plan, which plan is not at issue in this case and involving Catherine Cleveland (in-house attorney), Dennis Wootan (Northrop Corporate Director, Benefits Administration), Gretchen Eisenach (in-house attorney), Maria Norman, Nancy Ireland, and Johnett Ryans.

      (m)    Third Privilege Log, Entry 45

-Dennis Wootan forwarded to his home e-mail account (cyber.bear@sbcglogal.net) an e-mail from Sharon Donecker to Richard Underhill and copying Catherine Cleveland (in-house attorney). Mr. Underhill and Ms. Donecker were both Northrop employees and the original e-mail is opining on the observations previously presented by in-house lawyer Catherine Cleveland.

      (n)    Fourth Privilege Log, Entry 107

-E-mail from Eric Serron (outside counsel at Steptoe & Johnson LLP) to Catherine Cleveland (Northrop in-house counsel) enclosing memorandum from outside counsel Steptoe & Johnson LLP (Melanie Franco Nussdorf and Eric G. Serron) to in-house counsel Catherine Cleveland. Dennis Wootan (Northrop Corporate Director, Benefits Administration) was included in the communications.

      (o)    Fourth Privilege Log, Entry 170

-E-mail from Catherine Cleveland (in-house counsel) to Gretchen Eisenach (in-house counsel) concerning outside counsel Seyfarth Shaw.

      (p)    Third Privilege Log, Entry 82

-Steve Witmer (outside counsel at Ivins, Phillips and Barker) sent e-mail to Todd Okamura, a member of Northrop's Benefits Systems and Implementation Team, and copying various other persons. All of the persons copied on the e-mail, including Susan Smith, Liza Tiglao Smith, Greta Wick, Debra Xanthos, Chris Powers, Susan Durlene, Margaret Collins and Catherine Petrasso

were Northrop employees involved in Benefits Systems and Implementation or otherwise assist with the benefits programs sponsored by Northrop.

(q) Fourth Privilege Log, Entry 182

-E-mail from Lynne Brickner (Northrop Vice-President and Assistant General Counsel) to various Northrop personnel. All of the persons listed on the “to” or “cc” lines were Northrop employees who were the recipients of the message being communicated.

(r) Fourth Privilege Log, Entry 184

-E-mail from Catherine Cleveland (in-house attorney) to Lyn Bricker (Northrop Vice-President and Assistant General Counsel). The other persons listed in the forwarded e-mail were all members of Northrop’s internal legal department (Ann Tanker, Adrienne Mack).

(s) Third Privilege Log, Entry 16

-E-mail from Catherine Cleveland (in-house attorney) to Northrop employees John Mullan, Kathleen Salmas, Nancy Ireland, Ann Coons (in-house attorney), Kristin Woosley, Gretchen Eisenbach (in-house attorney).

(t) Third Privilege Log, Entry 94

-E-mail forwarding comment about what outside counsel (Steve Witmer at Ivins, Phillips and Barker) has advised. Other than Mr. Witmer, all of the persons listed on the e-mail were Northrop employees.

(u) Third Privilege Log, Entry 127

-E-mail from Steve Babb (Northrop Legal Counsel) to Nancy Ireland (Northrop Manager of Savings Plan Administration) and copying Northrop employees involved in the project (Ryan Hamlin, Catherine Cleveland (in-house attorney), Maria Norman, David Bendana (in-house attorney).

   (v) Third Privilege Log, Entry 52

    -E-mail chain involving Dennis Wootan (Northrop Corporate Director, Benefits Administration), Richard Underhill (Northrop Vice-President, Corporate Compensation and Benefits) and Catherine Cleveland (in-house attorney) concerning a question originally posed to Catherine Cleveland (in-house counsel) by Northrop employee Chris Ranieri. Others on the e-mail chain include Tim Reese and Bernie Morse, both of whom were Northrop employees. The e-mail address for "Kobrien@ipbtax.com" is for an outside counsel at the law firm of Ivins, Phillips and Barker.

   (w) Fourth Privilege Log, Entry 36

    -Memorandum from outside counsel Adam Greetis and Judith L. Wethall at Seyfarth Shaw LLP to Gretchen Eisenach (in-house attorney) providing legal advice.

   (x) Fourth Privilege Log, Entry 106

    -E-mail from Catherin Cleveland (in-house attorney) to Dennis Wootan (Northrop Corporate Director, Benefits Administration, secretary of Administration Committee) forwarding draft memorandum from outside counsel Eric Serron and Melanie Nussdorf (Steptoe & Johnson LLP).

   (y) First Privilege Log, Entry 9

    -Draft memorandum from outside counsel William L. Sollee (Ivins, Phillips and Barker) to Ryan Hamlin providing legal advice for fiduciaries.

   (z) Third Privilege Log, Entry 136

    -E-mail from Catherine Cleveland (in-house attorney) to various Northrop employees concerning legal guidance from Department of Labor. Northrop employees receiving the advice include Dennis Newberry, Johnett Ryans, Silva Thomas, Ryan Hamlin, Raj Chandhok.

    (aa) Third Privilege Log, Entry 95

      -Steve Witmer is outside counsel at Ivins, Phillips and Barker. All of the others on the e-mail chain are Northrop employees involved in the issue being considered.

    (bb) Third Privilege Log, Entry 148

      -Susan Durlene served as a Northrop Manager in benefits administration. Catherine Cleveland is in-house counsel. The remainder of the persons listed on the e-mail chain are all Northrop employees involved in commenting on the original e-mail from Northrop employee William Lee.

    (cc) Third Privilege Log, Entry 150

      -Susan Durlene served as a Northrop Manager in benefits administration. Catherine Cleveland is in-house counsel. The remainder of the persons listed on the e-mail chain are all Northrop employees involved in commenting on the original e-mail from Northrop employee William Lee.

    (dd) Third Privilege Log, Entry 93

      -Jasper H. Pryor served as Benefits Administrator for Northrop Grumman Ship Systems and the e-mail chain involves comments from Northrop employees concerning his question. The sole exception is Steve Witmer, outside counsel at Ivins, Phillips and Barker.

    (ee) Third Privilege Log, Entry 84

      -E-mail to outside counsel Steve Witmer (Ivins, Phillips and Baker) from Todd Okamura (Northrop's Benefits Systems and Implementation Team) and coping various Northrop employees in the benefits department, including Susan Smith, Liza Tiglao-Smith, Greta Wick, Debra Xanthos, Chris Powers, Susan Durlene, Margaret Collins, and Catherine Petrasso.

(ff) Third Privilege Log, Entry 133

-E-mail from Ryan Hamlin to Raj Chandhok (Vice-President of Investments and Trust Administration) concerning comments from Catherine Cleveland (in-house counsel) concerning legal services. Ms. Cleveland's e-mail solicited input from the various Northrop employees listed on the e-mail.

(gg) Fourth Privilege Log, Entry 209

-E-mail from Dennis Wootan (Northrop Corporate Director, Benefits Administration) to Northrop employees Susan Durlene, Debbie Mazur, Catherine Cleveland (in-house attorney), Sharon Donecker and an outside consultant, Donny Fan, concerning request from Nancy Ireland (Northrop Manager of Savings Plan Administration).

(hh) Third Privilege Log, Entry 57

-E-mail chain involving Gretchen Eisenach (in-house counsel), Stefan Smith, outside counsel at Ivins, Phillips and Barker, and Dennis Wootan (Northrop Corporate Director, Benefits Administration) concerning update of legal project and opinion.

(ii) Fourth Privilege Log, Entry 99

-E-mail from Catherine Cleveland (in-house counsel) to Richard Underhill (Northrop Vice-President, Corporate Compensation and Benefits) and Sandra Wright (Northrop Vice-President, Corporate Controller) discussing legal "options for structuring fiduciary oversight of plan expense approval process")

(jj) Fourth Privilege Log, Entry 174

-E-mail chain involving Steve Robert (outside law firm of Harter, Secrest & Emery LLP), Catherine Cleveland (in-house counsel), Mary Leepa (Northrop Benefits Administration and Support), and other Northrop employees concerning legal expenses.

(kk) Fourth Privilege Log, Entry 199

-E-mail chain involving Ryan Hamlin and Catherine Cleveland (in-house attorney) concerning Ms. Cleveland's e-mail to various Northrop employees concerning law department request.

(ll) Fourth Privilege Log, Entry 219

-Redaction of e-mail from Northrop employee Jeannine Hoffman (Northrop Trust Operations) to Jeannie Leahy (attorney) concerning legal advice.

(mm) Third Privilege Log, Entry 142

-Memorandum from Raj Chandhok (Vice-President of Investments and Trust Administration ) to R. B. Waugh, Jr. (Northrop Vice-President, Corporate CFO), Albert Myers (Northrop Vice-President, Corporate Treasurer), J.M. Hateley (Northrop Vice-President of Human Relations) and J.L. Sanford (Northrop Vice-President, Corporate Treasurer) and J. Leahy (attorney) about upcoming meeting and transmitting memorandum from John Mullan enclosing legal memorandum from Ann Coons (in-house counsel) providing legal advice, as well as forwarding legal memorandum to Ann Coons (in-house counsel) from A. John Murphy (outside counsel at Sheppard Mullin Richter and Hampton LLP).

(nn) Fourth Privilege Log, Entry 191

-PowerPoint on legal initiative for Northrop's outside counsel selection process prepared by in-house lawyer Andrew E. Shipley (Senior Corporate Counsel).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 1st day of June, 2010, in Irvine, California.

/s/ Chris C. Scheithauer
CHRIS C. SCHEITHAUER