1  Nancy G. Ross (*Pro Hac Vice*)
   nross@mwe.com
2  John A. Litwinski (*Pro Hac Vice*)
   jlitwinski@mwe.com
3  McDERMOTT WILL & EMERY LLP
   227 West Monroe Street
4  Chicago, IL 60606-5096
   Telephone:  312.372.2000
5  Facsimile:  312.984.7700

6  Chris C. Scheithauer (State Bar No. 184798)
   cscheithauer@mwe.com
7  McDERMOTT WILL & EMERY LLP
   18191 Von Karman Avenue, Suite 500
8  Irvine, CA  92612-7108
   Telephone:  949.851.0633
9  Facsimile:  949.851.9348

10 Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE NORTHROP GRUMMAN CORPORATION ERISA LITIGATION | Master File No. 06-CV-6213 MMM (JCx) |
|---|---|
| | Notice of Motion and Motion for Issue Preclusion and Monetary Sanctions Against Plaintiffs and/or that Plaintiffs be Required to Comply With Court's Prior Order Concerning Interrogatories 8-10 |
| THIS DOCUMENT RELATES TO: | |
| All Actions | DATE:  August 17, 2010<br>TIME:  9:30 a.m.<br>CTRM.:  20 |
| | [Courtroom of Magistrate Judge Jacqueline Chooljian] |
| | Discovery Cutoff:  Aug. 27, 2010<br>Pretrial Conference:  Dec. 13, 2010<br>Trial Date:  Jan. 11, 2011 |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
ORANGE COUNTY

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that on August 17, 2010, at 9:30 a.m., in |
| 3 | Courtroom 20 of the above-entitled Court, located at 312 North Spring Street, Los |
| 4 | Angeles, CA 90012, defendants, by and through their attorneys, will move and |
| 5 | hereby do move for issue preclusion sanctions against plaintiffs pursuant to Rule |
| 6 | 37(b)(2)(A)(ii) of Federal Rule of Civil Procedure that based on plaintiffs' |
| 7 | continued evasive responses in violation of this Court's May 17, 2010 Order |
| 8 | (Docket No. 198), that a new order issue: |
| 9 | 1.   Precluding plaintiffs from introducing evidence that any service |
| 10 | provider, investment manager or investment advisor was not a prudent selection to |
| 11 | provide services to the Northrop ERISA Plans. |
| 12 | 2.   Precluding plaintiffs from introducing evidence that defendants caused |
| 13 | the Northrop ERISA plans to pay excessive fees to any service provider, investment |
| 14 | manager or investment advisor. |
| 15 | 3.   Precluding plaintiffs from introducing any evidence of revenue sharing |
| 16 | and an order that plaintiffs have abandoned any allegation relating to revenue |
| 17 | sharing. |
| 18 | This motion is made on the grounds that plaintiffs have disregarded this |
| 19 | Court's May 17, 2010 Order which set forth in specific detail exactly the |
| 20 | information plaintiffs must provide in response to these interrogatories.  Plaintiffs |
| 21 | continue to provide incomplete and evasive responses. |
| 22 | Alternatively, or in connection with issue preclusion sanctions, plaintiffs |
| 23 | should be ordered to immediately provide the specific information this Court |
| 24 | previously ordered plaintiffs to provide. |
| 25 | In addition, pursuant to Rule 37(b)(2)(C) of the Federal Rules of Civil |
| 26 | Procedure, plaintiffs should be ordered to pay defendants' attorneys' fees and costs |
| 27 | in the amount of $3,000.00 as sanctions for defendants having to file another |
| 28 | motion on the same issues that have already been decided by the Court (i.e., the |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1  sufficiency of plaintiffs' interrogatory responses).

2  This motion is made following the conference of counsel pursuant to Local
3  Rules 37-1 which occurred on July 8, 2010, following an exchange of meet and
4  confer letters.

5  This Motion is based on this Notice of Motion and Motion, the
6  accompanying Joint Stipulation Pursuant to Local Rule 37, the accompanying
7  Declaration of Chris C. Scheithauer, all submitted herewith, and the other pleadings
8  and papers on file in this action, and upon such other matters as may be presented to
9  the Court at the time of the hearing.

Dated:     July 16, 2010

McDERMOTT WILL & EMERY LLP
Nancy G. Ross
Chris C. Scheithauer
John Litwinski

By: /s/ Chris C. Scheithauer
      Chris C. Scheithauer
      Attorneys for Defendants

DM_US 25893329-1.071494.0013