JEROME J. SCHLICHTER (SBN 054513)
jschlichter@uselaws.com
NELSON G. WOLFF (admitted *pro hac vice*)
nwolff@uselaws.com
JASON P. KELLY (admitted *pro hac vice*)
jkelly@uselaws.com
SCHLICHTER, BOGARD & DENTON
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-7151

*Interim Lead Counsel for All Plaintiffs*

WILLIAM A. WHITE (SBN 121681)
wwhite@hillfarrer.com
HILL, FARRER & BURRILL LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile: (213) 620-4840

*Local Counsel for Grabek Plaintiffs*

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

IN RE NORTHROP GRUMMAN CORPORATION ERISA LITIGATION.

THIS DOCUMENT RELATES TO:

All Actions

Master File No. 06-CV-6213 MMM (JCx)

**PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO FILE PLAINTIFFS' MOTION FOR RELIEF FROM LOCAL RULE 37-2.2 AND ORDER REGARDING DEFENDANTS' DEPOSITION CONDUCT**

Date: July 27, 2010

Mag. Judge: Hon. Jacqueline Chooljian

Discovery Cut-Off: August 27, 2010
Final Pretrial Conf: December 13, 2010
Trial Date: January 11, 2011

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

Pursuant to Local Rule 7-19, Plaintiffs respectfully submit this *Ex parte* application for leave to file their Motion for Relief from Local Rule 37-2.2 and Order Regarding Defendants' Conduct During Depositions. Plaintiffs' Motion seeks an Order from the Court prohibiting counsel for Defendants from instructing deponents not to answer questions related to events prior to September 29, 2000.

This application is based on the Memorandum of Points and Authorities in Support as outlined below, the declaration of Jason P. Kelly, and such other and further argument and evidence as may be submitted to the Court in connection with the Court's decision on the application.

DATED: July 27, 2010

By: /s/ Jason P. Kelly

Jerome J. Schlichter (SBN 054513)
Nelson G. Wolff (admitted *pro hac vice*)
Jason P. Kelly (admitted *pro hac vice*)
SCHLICHTER, BOGARD & DENTON

*Interim Lead Counsel for All Plaintiffs*

William A. White (SBN 121681)
HILL, FARRER & BURRILL LLP

*Local Counsel for Grabek Plaintiffs*

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

Plaintiffs bring this *Ex parte* application for an Order from the Court prohibiting counsel for Defendants from instructing deponents not to answer questions related to events prior to September 29, 2000.

Counsel for Defendants are Chris C. Scheithauer, McDermott Will & Emery LLP, 18191 Von Karman Ave., Suite 500, Irvine, CA 92612-7108, (949) 757-7163, cscheithauer@mwe.com, and Nancy G. Ross, McDermott Will & Emery LLP, 227 W. Monroe Street, Chicago, IL 60606, (312) 984-7743, nross@mwe.com.

On July 26, 2010, Plaintiffs' counsel advised Defendants' counsel that Plaintiffs would file this *Ex parte* application on today's date. Declaration of Jason P. Kelly ("Kelly Decl."), ¶ 2. Plaintiffs' counsel informed Defendants' counsel that based on prior correspondence concerning this matter Plaintiffs assumed Defendants would oppose this application. *Id*. As of the time of the filing of this Application Defendants have not stated otherwise. *Id.*

Good cause exists to grant leave for Plaintiffs motion to be filed and an Order from the Court prohibiting counsel for Defendants from instructing deponents not to answer questions related to events prior to September 29, 2000, because the Local Rules would not allow scheduling of a hearing before the next deposition scheduled to occur in this case, which is set for August 4, 2010. After the August 4 deposition, there are multiple additional depositions set for the month of August. While Defendants have indicated during recent correspondence that they may allow deponents to answer some questions concerning events prior to September 29, 2000, they also stated that they would likely instruct her not to answer some questions. Kelly Decl., ¶ 3. Plaintiffs face irreparable harm absent the Order requested as the current case schedule would not allow Plaintiffs time to seek relief from the Court after the depositions are completed and then set a new date and time for an additional deposition to inquire as to events prior to September 29, 2000. As demonstrated further in Plaintiffs' proposed Motion, there is no basis under the law

for Defendants' counsel to instruct their witnesses not answer these questions.

Plaintiffs respectfully request the Court grant this *Ex parte* Application and allow them leave to file their proposed Motion. Additionally, Plaintiffs respectfully request the Court enter an Order prohibiting counsel for Defendants from instructing deponents not to answer questions related to events prior to September 29, 2000. Plaintiffs' proposed Notice of Motion and Motion is attached hereto as Exhibit 1. Plaintiffs' proposed Memorandum in Support and proposed Declaration of Jason P. Kelly is attached hereto as Exhibit 2.

DATED: July 27, 2010

By: /s/ Jason P. Kelly

Jerome J. Schlichter (SBN 054513)
Nelson G. Wolff (admitted *pro hac vice*)
Jason P. Kelly (admitted *pro hac vice*)
SCHLICHTER, BOGARD & DENTON

*Interim Lead Counsel for All Plaintiffs*

William A. White (SBN 121681)
HILL, FARRER & BURRILL LLP

*Local Counsel for Grabek Plaintiffs*

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

**DECLARATION OF JASON P. KELLY**

I, Jason P. Kelly, of lawful age, declare as follows:

1. I am an attorney in the law firm of Schlichter, Bogard & Denton, which represents the *Grabek* Plaintiffs in this case. I am licensed to practice in all Courts of the State of Missouri, as well as numerous federal district and federal appellate courts. I am admitted *pro hac vice* in this matter. If called as a witness, I could and would competently testify to the facts set forth below as I know to be true based upon my own personal knowledge or upon my review of the records and files maintained by the firm in the regular course of its representation of Plaintiffs in this case.

2. On July 26, 2010, Plaintiffs' counsel advised Defendants' counsel that Plaintiffs would file this *ex parte* application on today's date. Plaintiffs' counsel informed Defendants' counsel that based on prior correspondence concerning this matter, Plaintiffs assumed Defendants would oppose this application. As of the time of the filing of this Application Defendants have not stated otherwise.

3. Defendants have indicated during recent correspondence that they may allow deponents to answer some questions concerning events prior to September 29, 2000, however they also stated that they would likely instruct her not to answer some questions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 27, 2010.

/s/ Jason P. Kelly

Jason P. Kelly