UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 06-06213 MMM (JCx) | Date | February 14, 2014 |
|---|---|---|---|

| Title | In re Northrop Grumman Corporation ERISA Litigation |
|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** Order Regarding Proceedings the United States Supreme Court in *Tibble v. Edison International* and the Pending Summary Judgment Motion[418]

The court has been following proceedings in *Tibble v. Edison International*, and is aware of the Ninth Circuit's decision in that case.  The court is also aware that plaintiffs in that case have filed a petition for writ of certiorari, which now appears to be fully briefed.  If the Supreme Court does not grant plaintiffs' petition, or if it affirms the Ninth Circuit's decision in *Tibble*, the law in the Ninth Circuit governing the statute of limitations issues raised in the pending motion for summary judgment will be clear.  The law will be similarly clear if the Court grants the petition and reverses the Ninth Circuit.  The court has been of the opinion that conservation of party and judicial resources merited withholding a ruling on the pending motion until *Tibble* was finally decided.  Consequently, the court directs the parties to file a joint notice within ten days of any decision by the Supreme Court on the pending petition for writ of certiorari in that case.