Name and address:
Christopher C. Scheithauer (SBN 184798)
McDermott Will & Emery LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614
Tel: (949) 851-0633; Fax: (949) 851-9348
Email: cscheithauer@mwe.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In Re Northrop Grumman Corporation ERISA Litigation | CASE NUMBER: |
|---|---|
| v. PLAINTIFF(S) | 2:06-CV-06213-MMM-JC |
| DEFENDANT(S) | REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL |

### INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Christopher C. Scheithauer    CA Bar Number: 184798

Firm or agency: McDermott Will & Emery LLP

Address: 4 Park Plaza, Suite 1700, Irvine, CA 92614

Telephone Number: (949) 851-0633    Fax Number: (949) 851-9348

E-mail: cscheithauer@mwe.com

Counsel of record for the following party or parties: Defendants Northrop Grumman Corporation Savings Plan Administrative Committee, Northrop Grumman Corporation Savings Plan Investment Committee, Dennis Wootan, Ian Ziskin, J. Michael Hateley, Rose Mary Abelson, Ryan Hamlin.

Other members of the same firm or agency also seeking to withdraw:

## SECTION II - NEW REPRESENTATION

☒ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☐ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: _____  CA Bar Number: _____

Firm or agency: _____

Address: _____

Telephone Number: _____  Fax Number: _____

E-mail: _____

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: **May 27, 2015**    Signature: **/s/ Chris C. Scheithauer**

Name: Christopher C. Scheithauer

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: _____  Signature: _____

Name: _____

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☐ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: **May 27, 2015**    Signature: _[signature]_

Name: Ryan Hamlin

Title: Defendant

G-01 (06/13)    REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL    Page 2 of 2



## **CERTIFICATE OF SERVICE**

I certify that on May 27, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

### **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**

Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I declare that I am I am familiar with the Firm's practice of collection and processing mailing.

Executed on May 27, 2015, at Irvine, California.

/s/ Chris C. Scheithauer

CERTIFICATE OF SERVICE                                    06-CV-6213 MMM (JC)