UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 06-06213-AB (JCx) | Date: | October 23, 2017 |

Title: Shirley Waldbuesser et al v. Northrop Grumman Corporation et al

---

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Nelson G Wolff, PHV | Nancy G Ross, PHV |
| | Travis M Crum, PHV |

**Proceedings:** FAIRNESS HEARING;

1) PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS FOR CLASS REPRESENTATIVES [783];

2) MOTION TO INTERVENE AND MODIFY THE PROTECTIVE ORDER [790]; and

3) JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT [797]

The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.